# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Brandon Spencer Shook | ) Case No: 1:02CR105-13 |
| | ) USM No: 18193-058 |
| Date of Original Judgment: July 2, 2005, | ) |
| Date of Last Amended Judgment: December 15, 2008 | ) Ross Richardson |
| | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
❏ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   125 months / Ct 1   is reduced to   80 months / Ct.1

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Original Offense Level: | 34 | Amended Offense Level: | 28 |
| Criminal History Category: | III | Criminal History Category: | III |
| Original Guideline Range: | 188 to 235 months | Amended Guideline Range: | 97 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
❏ The reduced sentence is above the amended guideline range.
■ Other (explain):   The sentence of 80 months in Count One (drug charge) runs concurrently to Count Three (the firearms charge), which is a 120 month sentence that was imposed at the original sentencing, thus rendering a total combined sentence of 120 months.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated   July 2, 2005,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   February 7, 2012

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge